| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | STEPHEN S. CODY<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-po-00153-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | RESET COLLATERAL AND VACATE |
| v. | ) | BENCH TRIAL |
| | ) | |
| LEROY EDWARDS, | ) | DATE: August 26, 2019 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Carolyn K. Delaney |
| | ) | |
| | ) | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's provisionally appointed counsel, hereby stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on August 26, 2019, at 9:00 a.m.

2. By this stipulation, the parties jointly move to reset collateral in Case Number 2:17-po-00153-CKD, relating to Violation Number 6281874/CA52, for a total amount of $100.00. The new amount includes a fine of $65.00, a special assessment of $5.00, and a processing fee of $30.00.

3. By this stipulation, the parties jointly move to vacate the bench trial scheduled on August 26, 2019.

///

1

IT IS SO STIPULATED.

Dated: August 12, 2019					McGREGOR W. SCOTT
							United States Attorney


							/s/ *Stephen S. Cody*
							STEPHEN S. CODY
							Special Assistant U.S. Attorney


Dated: August 12, 2019					/s/*Stephen Cody for*
							LINDA ALLISON
							Counsel for Defendant
							LEROY EDWARDS
							[by agreement via email]


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED

Dated: August 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE